UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IVAN L. RODRIGUEZ,

    Plaintiff,

v.                                                         Case No.  8:11-CV-1244-T-30AEP

DAVID GEE, et al.,

    Defendants.
_____/

**ORDER**

Rodriguez was ordered (Doc. 13) to file a second amended complaint. He was advised that his failure to file a second amended complaint within thirty days would result in the dismissal of this case. More than thirty days have passed without Rodriguez filing a second amended complaint or a response to the order, which was apparently delivered to Rodriguez because it was not returned as undelivered.

Accordingly, this action is **DISMISSED** without prejudice because Rodriguez has failed to file a second amended complaint as ordered (Doc. 13). The clerk shall close this action.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: *Pro Se* Plaintiff